IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-12-RRA-0635-E |
| CARMEL LECROCPS, et al., ) | |
| ) | |
| Defendants. ) | |

Memorandum Opinion

This case comes before the Court on the *In Forma Pauperis* Affidavit filed by the plaintiff. (Doc. 4). The magistrate judge considered and granted the motion and adjudged that the plaintiff should be allowed to proceed as a pauper, and thus should be allowed to commence this action without prepayment of fees, costs, or security. He also determined that the plaintiff is not, however, entitled to the appointment of an attorney.

In making the determination of whether a plaintiff qualifies as a pauper the magistrate conducted a frivolity determination pursuant to 28 U.S.C.A. § 1915 (e)(2)(B)(I) and (ii). He recommended that the case be dismissed as frivolous, and for failing to state a claim upon which relief may be granted. No objections to the recommendation have been made.

Having carefully reviewed *de novo* all the information in the court file, including the report and recommendation, the court is of the opinion that the magistrate's recommendation ought to be, and hereby is, ACCEPTED and ADOPTED as the opinion of this court. An order dismissing this case will be entered.

DONE this 7th day of June 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE